# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| ANDERSON NAVONE GONZALEZ, | |
| Petitioner, | No. 3:26-cv-807 |
| v. | |
| BRIAN MCSHANE, <u>et al.</u>, | |
| Respondents. | |

## ORDER

Upon consideration of the Stipulation of Dismissal (ECF No. 10) that the parties filed pursuant to Rule 41(a)(1)(A)((ii) of the Federal Rules of Civil Procedure, it is **HEREBY ORDERED** that this matter is **DISMISSED** without prejudice or assessment of costs.

The Clerk is directed to close this matter.

SO ORDERED:

s/David Stewart Cercone
David Stewart Cercone
Senior U.S. District Court Judge